# Richmond

ROBERT A. KEAS V. MARY HOLLAND, JOHN H. WATSON, WIL-
LIAM L. WATSON, GROVER C. WATSON, JESSE R.
WATSON, EARL WATSON, AND EMMA BEEBE,
HEIRS AT LAW OF JESSE R. WATSON,
DECEASED.

March 22, 1934.

Present, All the Justices.

The opinion states the case.

*Mapp & Mapp* and *Herbert Barnes,* for the plaintiff in
error.

*George L. Doughty* and *Gunter & Gunter,* for the de-
fendants in error.

HUDGINS, J., delivered the opinion of the court.

The only question presented in this case is whether
under the will of William T. Watson his son, Jesse R.
Watson, was devised a fee simple or a life estate in cer-
tain lands. This will was construed in an opinion pub-

lished January term, 1934, in *Powell* v. *Holland et al.,* 161 Va. 851, 172 S. E. 293. It was there held that under his father's will Jesse R. Watson took only a life estate in the lands described, with remainder in his surviving children. The trial court in this case so held.

We, therefore, affirm its judgment.

*Affirmed.*